BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2743
Facsimile:   (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | CASE NO.: 2:14-cv-1555-TLN-EFB PS<br><br>**UNITED STATES' NOTICE OF RESCHEDULED HEARING ON MOTION TO DISMISS FOR LACK OF JURISDICTION AND PROPOSED ORDER**<br><br>**Federal Rule of Civil Procedure 12(b)(1)**<br><br>**NEW HEARING DATE:**<br>**Date:**     **November 5, 2014**<br>**Time:**     **10:00 a.m.**<br>Judge:    Hon. Edmund F. Brennan<br>Ctrm.:     8, 13th floor<br><br>Old Hearing Date:<br>Date:      October 1, 2014<br>Time:     10:00 a.m. |

PLEASE TAKE NOTICE that, at Pro Se Plaintiff Jean Marc Van Den Heuvel's request, the United States hereby reschedules the hearing on its Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 10) to **November 5, 2014, at 10:00 a.m.**, or as soon thereafter as this matter may

be heard, in the Courtroom of the Honorable Edmund F. Brennan, United States Magistrate Judge, United States District Court, 501 I Street, Sacramento, California, Courtroom No. 8, 13th Floor.  The United States brings this motion because, in order to bring a claim under the Federal Tort Claims Act (the "FTCA"), Plaintiff must first exhaust his administrative remedies.  Because he has not done so, the Court lacks jurisdiction and Plaintiff's case must be dismissed.

On August 26, 2014, the United States' counsel received a request from Plaintiff for 30 more days to respond to its motion to dismiss.  That request suggests that Plaintiff had a stroke and needs extra time to respond.  See Exhibit A.  The United States therefore re-notices its motion to give Plaintiff the requested extra time.

Because Plaintiff proceeds pro se, the United States refers him to Eastern District of California Local Rule 230, which provides:

> Opposition and Non-Opposition. Opposition, if any, to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party. See [Local Rule] 135.

E.D. Cal. R. 230(c).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: August 27, 2014          By:     /s/ Victoria L. Boesch
                                        VICTORIA L. BOESCH
                                        Assistant United States Attorney

                                        Attorneys for the United States

IT IS SO ORDERED.

DATED:  August 28, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES' NOTICE OF RESCHEDULED HEARING
ON MOTION TO DISMISS