1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEAN MARC VAN DEN HEUVEL,            No.  2:14-cv-1555-TLN-EFB PS

12              Plaintiff,

13        v.                             ORDER

14   SHINGLE SPRINGS TRIBAL
     WELLNESS; UNITED STATES OF
15   AMERICA,

16              Defendants.

17

18        On October 28, 2014, plaintiff filed a request for an extension of time to file an opposition

19   to defendant's motion to dismiss.  *See* Fed. R. Civ. P. 6(b).

20        It is hereby ORDERED that plaintiff's October 28, 2014 request for an extension of time

21   is granted.  The hearing on defendant's motion to dismiss, currently set for November 5, 2014, is

22   continued to December 3, 2014.  Plaintiff shall file an opposition or statement of non-opposition

23   to defendants' motion on or before November 19, 2014.   Defendants' reply, if any, shall be filed

24   by November 26, 2014.

25        SO ORDERED.

26   DATED:  October 30, 2014.

                                        EDMUND F. BRENNAN
27                                      UNITED STATES MAGISTRATE JUDGE

28